**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFREY STEIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-0571 (EGS) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

**JOINT STATUS REPORT AND REQUEST FOR BIFURCATED BRIEFING**

Pursuant to this Court's Order of July 22, 2013, the parties in this Freedom of Information Act (FOIA) case have met and conferred three times since August 13, 2013, in preparation for this Joint Report.  *See* ECF No. 8 (Order for Meet and Confer Report).  A scheduling plan for each of the three components of the Department of Justice has been discussed.  The parties propose that a briefing schedule be set for summary judgment motions on all counts in Plaintiff's Complaint, except for the Sixth Cause of Action (the request for records about Gwenyth Todd), commencing on January 10, 2014.  During the interim period, the three components of the Department of Justice involved in this FOIA requests, Executive Office for United States Attorneys (EOUSA), the Civil Division, and the Federal Bureau of Investigation (FBI), will work with Plaintiff to further this litigation to resolution as follows:

EOUSA - With regard to the FOIA request to the Executive Office for United States Attorneys (EOUSA), the parties are attempting to limit the scope of the request.  To that end, EOUSA will provide Plaintiff with a list of potentially responsive documents by September 15, 2013.  Plaintiff will then advise Defendant what additional information will be sought by October 1, 2013.

CIVIL - With regard to the Civil Division of the Department of Justice, a declaration addressing the FOIA request to Civil will be provided to Plaintiff within the next sixty days and he will advise Defendant whether he intends to seek further relief.

FBI - With regard to the Federal Bureau of Investigation (FBI), a declaration addressing the records processed in connection with Plaintiff's First, Second and Fifth Cause of Actions will be provided to Plaintiff and Defendant's Motion for Summary Judgment within the next ninety days. With regard to Plaintiff's Sixth Cause of Action, as there are potentially 50,000 records responsive to Plaintiff's FOIA request, the FBI maintains that at least four years will be required to complete production. Therefore, the parties request that the Sixth Cause of Action be bifurcated from the briefing schedule, so that the parties can negotiate ways to narrow the scope of the request or otherwise accelerate the process. Defendant asks the Court to enter an order permitting the parties to file another Status Report on March 28, 2014, to govern future proceedings in this Court on the Sixth Cause of Action after the parties have had six months to determine whether the request for records can be limited. On the other hand, Plaintiff asks the Court to enter an order directing the Defendant to file, on March 28, 2014, either a Motion for Summary Judgment on the Sixth Cause of Action or a Motion for an *Open America* Stay.

There is good cause to bifurcate the briefing on this action, and it serves judicial economy. Defendant will have completed processing all but one of Plaintiff's requests within three months, and the parties will be ready to resolve the matter of those requests soon after. The processing of records responsive to the Sixth Cause of Action, on the other hand, is, according to the FBI, likely to take several years, to complete. The parties propose the six-month delay, rather than briefing an *Open America* stay at this point, to allow them a chance to ensure that the request is as narrow as possible and that the Court will have the benefit of six months of FBI

processing of the request to help it determine if the FBI is processing the request at a reasonable

rate.

Based on the foregoing, it is respectfully requested that a briefing schedule for Motions

for Summary Judgment will commence on January 10, 2014, with regard to the First through

Fifth Cause of Action.  In addition, the parties request that Court action with regard to the Sixth

Cause of Action be deferred until March 28, 2014, according to either Plaintiff's or Defendant's

request above.  A proposed order is attached.

Respectfully submitted,

/s/ Kelly B. McClanahan          RONALD C. MACHEN JR., Bar #447889
Kelly B. McClanahan, Esq.         United States Attorney
D.C. Bar #984704
National Security Counselors      DANIEL F. VAN HORN, D.C. Bar # 924092
1200 South Courthouse Road      Chief, Civil Division
Suite 124
Arlington, VA 22204                   /s/                  
301-728-5908                CLAIRE WHITAKER, Bar # 354530
240-681-2189 fax            Assistant United States Attorney
kel@nationalsecuritylaw.org      Judiciary Center Building
                           555 4th Street, N.W.
*Counsel for Plaintiff*           Washington, D.C. 20530
                           (202) 514-7137 (office)
                           Claire.Whitaker@usdoj.gov

                           *Counsel for Defendant*