UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 13-0571 (TSC) |

**JOINT MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME
WITHIN WHICH TO FILE A JOINT PROPOSED SCHEDULE**

Pursuant to Fed. R. Civ. 6(b)(1)(A), Defendant and Plaintiff move this Court for an additional extension of time, to and including October 30, 2015, to file a Joint Proposed Briefing Schedule or Status Report should processing of the records for which Plaintiff has this date agreed to pay fees is not complete.   The grounds for this motion are as follows:

On September 30, 2015, the Court granted, in part, and denied, in part, Defendant's Motion for Summary Judgment. ECF Nos. 41 (Memorandum Opinion) and 42 (Order). Thereafter, the Court directed the parties to propose a Joint Proposed Schedule to govern the remainder of briefing required in this case. *See* Minute Orders of October 2 and 13, 2015. The parties have conferred and continue to confer on potential ways in which they can limit the scope of future briefing.   On this date, October 19, 2015, Plaintiff has indicated a willingness to pay the $290 fee in connection with the records requested at Count VI of the Complaint, but reserves the right to continue to challenge it.   The FBI will now process the records, but is unable to presently commit to a time certain for completing the task and preparing a Vaughn Index.   In addition, the agency is in the process of re-reviewing the records that were withheld under the FOIA Exemption 7(D).   If it is determined that any of these records need to be re-processed under the FOIA, it is

expected that approximately six weeks will be needed to do this and propose a briefing schedule. Because a briefing schedule that would resolve both sets of records is warranted, and because of the current uncertainties described above, it is respectfully requested that a Proposed Briefing Schedule or Joint Status Report be filed on October 30, 2015.   A proposed order is attached.

                                                           Respectfully submitted,

_____/s/_____   CHANNING D. PHILLIPS, D.C. Bar #415793
KELLY B. McCLANAHAN, Esq.   United States Attorney
D.C. Bar #984704   for the District of Columbia
National Security Counselors
4702 Levada Terrace   DANIEL F. VAN HORN, D.C. Bar # 924092
Rockville, MD 20853   Chief, Civil Division
(301) 728-5908
(240) 681-2189 (fax)   By: _____/s/_____
Kel@NationalSecurityLaw.org   CLAIRE WHITAKER, Bar # 354530
                                     Assistant United States Attorney
Counsel for Plaintiff   Judiciary Center Building
                                     555 4th Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 252-2526 (office)
                                     Claire.Whitaker@usdoj.gov

                                     Counsel for Defendant