UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | |
| * | Civil Action No. 1:13-cv-00571 (TSC) |
| DEPARTMENT OF JUSTICE, * | |
| * | |
| Defendant. * | |
| * | |

* * * * * * * * * * * * *

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO
FILE HIS OPPOSITION TO DEFENDANT'S RENEWED MOTION TO
DISMISS/MOTION FOR SUMMARY JUDGMENT AS TO COUNT VI**

NOW COMES Plaintiff to respectfully a further enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to and including 1 April 2016, within which to file his Opposition to Defendant's Renewed Motion to Dismiss/Motion for Summary Judgment as to Count VI (filed Feb. 19, 2016).  Plaintiff's Opposition is due 28 March 2016.

Plaintiff has good cause to request this extension.  As the undersigned advised the Court previously, he has ordered a transcript for a motion hearing from another case, which will include evidence relevant to the argument he will make in this Opposition.  He originally expected to receive the transcript on 25 March, but the court reporter advised him late that day that the transcript would not be completed until 28 March, which would not allow sufficient time for him to incorporate that evidence into his Opposition.  Accordingly, he asks a brief four-day extension to account for the delayed production of the transcript.

This is the second extension requested for this filing.  This extension would also apply to any cross-motion Plaintiff would file concurrently with his Opposition.  Defendant does not oppose this Motion.  A proposed Order accompanies this Motion.

Date:	March 26, 2016

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*
