**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY STEIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:13-cv-00571 (TSC) |
| DEPARTMENT OF JUSTICE, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S UNOPPOSED MOTION FOR BRIEF ENLARGMENT OF TIME TO FILE HIS OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT AS TO COUNT VI**

NOW COMES Plaintiff to respectfully a brief further enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to and including 4 April 2016, within which to file his Opposition to Defendant's Renewed Motion to Dismiss/Motion for Summary Judgment as to Count VI (filed Feb. 19, 2016).  Plaintiff's Opposition is due 1 April 2016.

Plaintiff has good cause to request this extension.  The undersigned was required to compile and file an extensive fee petition in another case today, which he did not expect to need to file because he was under the mistaken impression that the parties were going to settle the matter.  He was also required to examine several documents provided to him by Defendant regarding another count in this case (and respond to Defendant's counsel regarding them), which he did not expect to be provided today.  Because of this unanticipated draw on his time, he was unable to spend the time he had allotted for his filings in the instant case.

This is the third extension requested for this filing.  This extension would also apply to any cross-motion Plaintiff would file concurrently with his Opposition.  Defendant does not oppose this Motion.  A proposed Order accompanies this Motion.

Date:   April 1, 2016

                                            Respectfully submitted,

                                            /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.
                                            D.C. Bar #984704
                                            National Security Counselors
                                            4702 Levada Terrace
                                            Rockville, MD  20853
                                            301-728-5908
                                            240-681-2189 fax
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Plaintiff*