# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-cv-0571 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In light of the information presented at the Status Conference held on Sept. 19, 2016, Defendant is ordered to process/review all potentially responsive material, now estimated to be approximately 10,000 pages, within 20 months, and to produce to Plaintiff all releasable documents every 30 days. A Status Conference will be held on Jan. 9, 2017 at 12:00 p.m. to determine Defendant's compliance with this schedule and to consider any necessary adjustments.

Defendant is additionally ordered to deliver to Plaintiff the three already-mailed EOUSA records by Friday, Sept. 23, 2016, and to complete searching for and processing of the remaining records before the Status Conference set for Jan. 9, 2017.

The parties are ordered to submit a joint status report by Jan. 5, 2017, including the number of documents processed and produced in each month, as well as any proposals for modification of this processing schedule.

Date: September 19, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge