UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-0571 (TSC) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of July 4, 2017, Defendant Department of Justice on behalf of the Federal Bureau of Investigation ("FBI"), reports that processing and production of records continue in this Freedom of Information Act case. To date, the FBI reports that it has processed 7004 pages of records, and has released, to date, a total of 1224 pages. The only remaining pages left to process are 228 pages which have been referred to a number of agencies that have not yet responded to the FBI's referral. Because the processing of these records may be completed soon, Defendant proposes that the parties file their next Joint Status Report in thirty (30) days, vice in 90 days as ordered by the Court in its Minute Order of July 3, 2017.

Respectfully submitted,

  /s/  
Kelly Brian McClanahan, Esq.  
Bar No. 984704  
4702 Levada Terrace  
Rockville, MD  20853  
301-728-5908  
kel@nationalsecuritylaw.org

JESSIE K. LIU, D.C. Bar #472845  
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092  
Chief, Civil Division

  /s/  
CLAIRE WHITAKER, Bar #354530  
Assistant United States Attorney  
Judiciary Center Building  
555 4th Street, N.W.  
Washington, D.C.  20530  
(202) 252-2526 (office)  
Claire.Whitaker@usdoj.gov