UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-0571 (TSC) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S STATUS REPORT

The Federal Bureau of Investigation ("FBI") has notified undersigned counsel that it has now reviewed 7004 pages and released 1392 pages to Plaintiff. The FBI has only 53 pages of referrals/consults left to process. Accordingly, Defendant's counsel intends to confer with Plaintiff and propose that a Joint Report be submitted in thirty days, on or before January 3, 2018, instead of February 2, 2018 (the current schedule set by the Court for the next Joint Report). *See* Minute Order of July 3, 2017.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2526 (office)
Claire.Whitaker@usdoj.gov