**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JEFFREY STEIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 13-571 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

The parties, Jeffrey Stein and the Department of Justice's Federal Bureau of Investigation ("FBI"), have now conferred with regard to future proceedings against the FBI in this Freedom of Information Act ("FOIA") case. Defendant files, on behalf of the parties, the following Joint Status Report.

The FBI completed its research of the Plaintiff's sample on Friday, July 20th, identifying approximately 2600 pages and providing its research results to Plaintiff in an effort to narrow the sample. On August 3, plaintiff noted specific pages he wished for defendant to process, but it noted an apparent problem with respect to the documents released. The parties are working through this issue and anticipate being able to propose a briefing schedule shortly, and they propose to file another Joint Status Report within 14 days, *i.e.*, by August 28, 2018.

Respectfully submitted,

KELLY McCLANAHAN
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN,  D.C. Bar No. 924092
Chief, Civil Division

By:  /s/  *Damon Taaffe*
DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-2544
damon.taaffe@usdoj.gov