UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 13-0571 (TSC) |

### NOTICE OF FILING SEARCHABLE DECLARATION

Defendants, the U.S. Department of Justice and others, respectfully file this copy of the Ninth Declaration of David M. Hardy, to replace the one filed recently with Defendants' Motion for Summary Judgment (ECF No. 109-1).  The attached copy is substantively identical to the originally filed version; the difference is that the attached version has been converted to a searchable format.

January 31, 2020

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney

 /s/ *Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW, Washington, DC 20530
(202) 252-2550, alan.burch@usdoj.gov

*Counsel for Defendants*