UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, )<br>)<br>*Plaintiff,* )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>*Defendant.* )<br>) | Civil Action No. 13-0571 (TSC) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney B. Kathryn Debrason and remove the appearance of Assistant United States Attorney Christina O'Tousa as counsel for defendant in the above captioned case.

Dated: May 18, 2023
Washington, DC

Respectfully submitted,

 /s/ B. Kathryn Debrason
PA Bar #321236
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street N.W.
Washington, D.C. 20530
Telephone: (202) 252-2427
Kate.Debrason@usdoj.gov

*Counsel for Defendant*