UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JEFFREY STEIN,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE,** ) <br> ) <br> Defendant. ) | Case No. 13-cv-0571 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 129, Plaintiff's motion to compel a declassification review, ECF No. 119, is hereby **DENIED**. The parties are directed to file a joint proposal for further proceedings in this case on or before July 5, 2023.

Date: June 20, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge