UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No.: 13-0571 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated June 20, 2023, Plaintiff and Defendant United States Department of Justice ("DOJ"), by and through undersigned counsel, report to the Court as follows.

1. This action concern a Freedom of Information Act ("FOIA") and Privacy Act request submitted on January 29, 2012, requesting all FBI records about Gwenyth Todd. *See* Compl. ¶ 54-55, ECF No. 1 at 8 (April 26, 2013).

2. On January 27, 2020, the Department of Justice filed a motion for summary judgment. ECF No. 109. On June 10, 2020, the case was stayed pending Court order. ECF No. 116. On August 3, 2020, Plaintiff filed a motion to compel declassification review (ECF No. 119), to which Defendant responded (ECF No. 122).

3. On April 5, 2023, the Court denied Defendant's motion for summary judgment without prejudice. Thereafter, on June 20, 2023, the Court denied Plaintiff's motion for declassification review, (ECF No. 130), ordering the parties "to file a joint proposal for further proceedings" by July 5, 2023.

4. On July 3, 2023, the parties met and conferred. The parties request 90 days to further meet and confer and to further confer with counsel from agencies with potentially responsive documents.

7. The parties propose submitting another status report on October 3, 2023.

| | |
|---|---|
| Date:   July 5, 2023<br>            Washington, DC<br><br>*By: /s/ Kelly Brian McClanahan*<br>KELLY BRIAN MCCLANAHAN<br>National Security Counselors<br>4702 Levada Terrace<br>Rockville, MD 20853<br>(301) 728-5908<br>Kel@nationalsecuritylaw.org<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br> */s/ B. Kathryn Debrason*<br>B. KATHRYN DEBRASON<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2427<br>Email: kate.debrason@usdoj.gov<br><br>*Attorneys for the United States* |