UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>       *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>       *Defendant*. | Civil Action No.: 13-0571 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated on September 19, 2023, Plaintiff and Defendant United States Department of Justice ("DOJ"), by and through undersigned counsel, report to the Court the following:

1. This action concerns a Freedom of Information Act ("FOIA") and Privacy Act request submitted on January 29, 2012, requesting all FBI records about Gwyneth Todd. *See* Compl. ¶ 54- 55 (ECF No. 1).

2. On January 27, 2020, the Department of Justice filed a motion for summary judgment. ECF No. 109. On June 10, 2020, the case was stayed pending Court order. *See* ECF No. 116. On August 3, 2020, Plaintiff filed a motion to compel declassification review (ECF No. 119), to which Defendant responded (ECF No. 122).

3. On April 5, 2023, the Court denied Defendant's motion for summary judgment without prejudice. Thereafter, on June 20, 2023, the Court denied Plaintiff's motion for declassification review, ordering the parties "to file a joint proposal for further proceedings." *See* ECF No. 130.

4. Since the last Joint Status Report, the parties have discussed possible alternatives to summary judgment briefing.

5. Given this development, the parties propose submitting another status report on November 17, 2023.

| | |
|---|---|
| Dated: October 3, 2023 | Respectfully submitted, |
| By: /s/ Kelly Brian McClanahan<br>KELLY BRIAN MCCLANAHAN<br>National Security Counselors 4702 Levada Terrace<br>Rockville, MD 20853<br>(301) 728-5908<br>Kel@nationalsecuritylaw.org<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES,<br>D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ John C. Truong<br>JOHN C. TRUONG, D.C. Bar No. 465901<br>KATHRYN DEBRASON<br>Assistant United States Attorneys<br>601 D St., N.W.<br>Washington, D.C. 20530<br>(202) 252-2524 (Truong)<br>(202) 252-2427 (Debrason)<br>Email: john.truong@usdoj.gov<br>Email: kate.debrason@usdoj.gov<br><br>*Attorneys for the United States of America* |