## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

   Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,

   Defendant.

Civil Action No. 13-0571 (TSC)

## <u>NOTICE OF APPEARANCE</u>

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kaitlin K. Eckrote as counsel for the Defendant in the above-captioned case.

Date: October 18, 2023

      Respectfully submitted,

      <u>/s/ Kaitlin K. Eckrote</u>
      KAITLIN K. ECKROTE
      D.C. Bar # 1670899
      Assistant United States Attorney
      601 D Street, NW
      Washington, D.C. 20530
      Phone: (202) 252-2485
      Kaitlin.Eckrote@usdoj.gov

      *Attorney for Defendant*