UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>                Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>                Defendant. | Civil Action No. 13-0571 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated October 4, 2023, Plaintiff and Defendant the U.S. Department of Justice ("DOJ"), by and through undersigned counsel, report to the Court as follows.

1. This action concerns a Freedom of Information Act ("FOIA") and Privacy Act request submitted on January 29, 2012, requesting all Federal Bureau of Investigation ("FBI") records about Gwenyth Todd. *See* Compl. ¶ 54-55, ECF No. 1 at 8 (April 26, 2013).

2. On January 27, 2020, the Department of Justice filed a motion for summary judgment. ECF No. 109. On June 10, 2020, the case was stayed pending Court order. ECF No. 116. On August 3, 2020, Plaintiff filed a motion to compel declassification review (ECF No. 119), to which Defendant responded (ECF No. 122).

3. On April 5, 2023, the Court denied Defendant's motion for summary judgment without prejudice. Thereafter, on June 20, 2023, the Court denied Plaintiff's motion for declassification review, ordering the parties "to file a joint proposal for further proceedings." *See* ECF No. 130.

4. The parties report their respective positions on next steps:

**Plaintiff's Position:** In light of the Court's June 20, 2023, decision, specifically the Court's observation that "Stein did not seek to have the case remanded to DOJ so he could bring an administrative appeal," *see* ECF No. 130, Plaintiff intends to file a motion to remand the case to DOJ so he can bring an administrative appeal and thus trigger the declassification review process. Plaintiff's undersigned counsel requested DOJ's position on such a motion on October 3, 2023, and DOJ's counsel responded to that request on November 13, 2023. Plaintiff believes that briefing a summary judgment motion before this motion to remand has been resolved would be wasteful, given that granting his motion would necessarily require staying the summary judgment briefing again, and any action taken by DOJ after a remand would necessarily change the questions before the Court on summary judgment. Instead, Plaintiff asks that the Court not issue any schedule regarding summary judgment and respectfully proposes the following schedule:

| Events | Proposed Deadlines |
|---|---|
| Plaintiff's Motion to Remand | January 25, 2024 |
| Defendant's Opposition | February 15, 2024 |
| Plaintiff's Reply | March 7, 2024 |

**Defendant's Position:** Defendant believes if would be appropriate to set a summary judgment briefing schedule and respectfully proposes the following schedule:

| Events | Proposed Deadlines |
|---|---|
| Defendant's Motion for Summary Judgment | February 15, 2024 |
| Plaintiff's Opposition/Cross-Motion for Summary Judgment | March 18, 2024 |
| Defendant's Reply/Opposition to Cross-Motion for Summary Judgment | April 17, 2024 |

2

| | |
|---|---|
| Plaintiff's Reply | May 1, 2024 |

Date:  November 17, 2023                                  Respectfully submitted,


*By: /s/ Kelly Brian McClanahan*                          MATTHEW M. GRAVES, D.C. Bar #481052
KELLY BRIAN MCCLANAHAN                                    United States Attorney
National Security Counselors
4702 Levada Terrace                                       BRIAN P. HUDAK
Rockville, MD 20853                                       Chief, Civil Division
(301) 728-5908
Kel@nationalsecuritylaw.org                               *By: /s/ Kaitlin K. Eckrote*
                                                          KAITLIN K. ECKROTE
*Counsel for Plaintiff*                                   D.C. Bar #1670899
                                                          Assistant United States Attorney
                                                          601 D Street, N.W.
                                                          Washington, D.C. 20530
                                                          (202) 252-2485
                                                          Kaitlin.Eckrote@usdoj.gov

                                                          *Counsel for the United States of America*