UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFERY STEIN,

                Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

                Defendant.

Civil Action No. 13-0571 (TSC)

**JOINT RESPONSE TO SHOW CAUSE ORDER**

Pursuant to the Court's Order dated November 21, 2023, Plaintiff Jeffery Stein and Defendant, the U.S. Department of Justice, by and through their respective undersigned counsel, report to the Court as follows.

1. This action concerns a Freedom of Information Act and Privacy Act request submitted on January 29, 2012, requesting all Federal Bureau of Investigations ("FBI") records about Gwenyth Todd. *See* Compl. ¶ 54-55, ECF No. 1 at 8 (April 26, 2013).

2. On November 17, 2023, the parties submitted a Joint Status Report indicating that they had differing positions on next steps. ECF No. 134.

3. On November 21, 2023, the Court entered a Minute Order, ordering Defendant to show cause why the Court should not enter Plaintiff's proposed briefing schedule on a motion to remand. The Court also indicated that if the parties consent to a briefing schedule, they may so indicate by joint response.

\*     \*     \*

4. The parties have conferred and respectfully propose the following briefing schedule:

| Events | Proposed Deadlines |
|---|---|
| Plaintiff's Motion to Remand | March 1, 2024 |
| Defendant's Opposition | March 29, 2024 |
| Plaintiff's Reply | May 3, 2024 |

Date:   November 29, 2023                              Respectfully submitted,

*By: /s/ Kelly Brian McClanahan*                       MATTHEW M. GRAVES, D.C. Bar #481052
KELLY BRIAN MCCLANAHAN                                 United States Attorney
National Security Counselors
4702 Levada Terrace                                    BRIAN P. HUDAK
Rockville, MD 20853                                    Chief, Civil Division
(301) 728-5908
Kel@nationalsecuritylaw.org                            *By: /s/ Kaitlin K. Eckrote*
                                                       KAITLIN K. ECKROTE
*Counsel for Plaintiff*                                D.C. Bar #1670899
                                                       Assistant United States Attorney
                                                       601 D Street, N.W.
                                                       Washington, D.C. 20530
                                                       (202) 252-2485
                                                       Kaitlin.Eckrote@usdoj.gov

                                                       *Counsel for the United States of America*