UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 13-0571 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE REMAND**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to oppose Plaintiff's remand in this matter by thirty days—i.e., until April 29, 2024. Plaintiff, through Counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

Plaintiff filed this suit on April 26, 2013. Recently, Plaintiff filed a motion to remand on March 1, 2024. Defendant's deadline to oppose the remand is currently March 29, 2024.

In the last thirty days, counsel has further coordinated with the relevant agency and begun work on Defendant's response. That said, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be resolved without litigation, and if not, complete Defendant's opposition to Plaintiff's remand. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines, except Plaintiff's reply, and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter

- 2 -

with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to oppose to Plaintiff's remand.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to oppose Plaintiff's remand be extended through and including April 29, 2024.  A proposed order is enclosed herewith.

Dated: March 28, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:      */s/ B. Kathryn Debrason*
         B. KATHRYN DEBRASON
         PA Bar No. 321236
         Assistant United States Attorney
         601 D Street, NW
         Washington, DC 20530
         (202)815-8663
         Kate.Debrason@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN J. COLODNEY,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS,<br><br>        Defendant. | Civil Action No. 23-3450 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an extension of time to oppose Plaintiff's remand in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including April 29, 2024, to oppose Plaintiff's remand in this action.

SO ORDERED:

_____                            _____
Dated                                                                                     TANYA S. CHUTKAN
                                                                                           United States District Judge