UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>　　　*Plaintiff,*<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 13-0571 (TSC)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sian Jones and remove the appearance of Assistant United States Attorney Daniel B. KATHRYN DEBRASON as counsel for Defendant in the above captioned case.

Dated:  April 24, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Sian Jones
　　　　　　　　　　　　　　　　　　　　SIAN JONES
　　　　　　　　　　　　　　　　　　　　DC Bar No. 1024062
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　601 D. Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　Telephone: 202-252-2578
　　　　　　　　　　　　　　　　　　　　Sian.Jones@usdoj.gov