UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 13-0571 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE REMAND AND MOTION FOR BRIEFING SCHEDULE**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to oppose Plaintiff's motion for remand in this matter by fourteen days—i.e., until June 12, 2024. Defendant further moves for entry of a briefing schedule setting Plaintiff's reply deadline on July 12, 2024. Plaintiff, through Counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

1. Plaintiff filed this suit on April 26, 2013.  ECF No. 1.

2. On March 1, 2024, Plaintiff filed a motion to remand ("Plaintiff's Motion").  ECF No. 136.

3. Defendant's deadline to oppose the remand is currently May 29, 2024, and Plaintiff's deadline to reply is June 28, 2024.  Min. Order (Apr. 22, 2024).

4. On April 24, 2024, undersigned counsel substituted her appearance for a departing Assistant United States Attorney.  ECF No. 139.

5. Prior to her departure, the prior Assistant United States Attorney coordinated with the relevant agency and began work on Defendant's response.  ECF No. 138.

6. Undersigned counsel has conferred with agency counsel, has reviewed Plaintiff's Motion, and has begun to conduct the relevant legal research. However, undersigned counsel has robust caseload, including briefs due on May 22, 2024, and May 23, 2024, and the Memorial Day holiday is May 27, 2024.

7. In light of the foregoing, undersigned counsel requires additional time to draft Defendant's opposition and obtain the required supervisory reviews.

8. Plaintiff's counsel has also represented to undersigned counsel that he will be on vacation the week including Plaintiff's current reply deadline.

9. Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's third request for an extension in this matter. Granting the requested extension will not impact any other deadlines, except Plaintiff's reply, and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, and draft a brief that will assist the Court in its resolution of the issues raised in Plaintiff's Motion.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to oppose Plaintiff's remand be extended through and including June 12, 2024, and that a briefing schedule be entered setting the deadline for Plaintiff's reply on July 12, 2024. A proposed order is enclosed herewith.

- 3 -

Dated: May 17, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/ Sian. Jones_____
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2578
Sian.jones@usdoj.gov


*Attorneys for the United States of America*