UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 13-0571 (TSC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to oppose Plaintiff's remand in this action and for entry of scheduling order, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including June 12, 2024, to oppose Plaintiff's remand in this action; and it is further

ORDERED that Plaintiff's reply is due on or before July 12, 2024.

SO ORDERED:

_____          _____
Dated                     TANYA S. CHUTKAN
                       United States District Judge