UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFERY STEIN,

*Plaintiff,*

v.

DEPARTMENT OF JUSTICE,

*Defendant.*

Civil Action No. 13-0571 (TSC)

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Assistant United

States Attorney Kaitlin Kerry Eckrote as co-counsel for Defendant in the above-captioned case.

Dated: April 17, 2025
        Washington, DC

Respectfully submitted,

By: */s/ Kaitlin K. Eckrote*
        KAITLIN K. ECKROTE
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        Phone: (202) 252-2485
        Kaitlin.Eckrote@usdoj.gov

        *Attorney for Defendant*