UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 13-0571 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 16, 2025 Order, Plaintiff, Jeffrey Stein, and Defendant, Department of Defense (collectively, "Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

1. On January 27, 2020, Defendant moved for summary judgment on the remaining claims in this matter, namely, those connected with the withholdings in records responsive to Plaintiff's Freedom of Information Act ("FOIA") request for records related to Gwyneth Todd (Count VI). See Def. Mot. Summ. J. (ECF No. 109, "Def. MSJ") at 2.

2. Instead of filing an opposition to Defendant's motion for summary judgment, Plaintiff filed a motion asking the Court to compel a declassification review by the Department Review Committee of the information being withheld pursuant to Exemption 1, which exempts properly classified information from disclosure under FOIA. Pl. Declassification Mot. (ECF No. 119).

3. On April 5, 2023, the court denied without prejudice Defendant's summary judgment motion, because Plaintiff sought to litigate whether the records related to Count VI could be declassified. Apr. 5, 2023 Min. Order.

4. The Court denied Plaintiff's Declassification Motion. Mem. Op. (ECF No. 129).

5. Plaintiff then filed a motion asking the Court to remand the case as to Count VI so that Plaintiff could file an administrative appeal and become eligible for a declassification review. Pl's Mot. (ECF No. 136).

6. On April 16, 2025, the Court denied Plaintiff's motion for partial remand and stated that "Plaintiff is free to dismiss Count VI and refile his FOIA request with Defendant to be eligible for an administrative appeal. Or both parties may fully brief a motion for summary judgment." Op. & Order (ECF No. 143) at 3. The Court further ordered the Parties "provide a Joint Status Report by May 16, 2025, indicating how they wish to proceed to resolve Count VI of Plaintiff's Complaint." *Id.*

7. Today, the parties propose that Defendant file its renewed motion for summary judgment on June 30, 2025.

| | |
|---|---|
| Dated: May 16, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:  /s/ *Sian Jones*  <br>  SIAN JONES, D.C. Bar # 1024062<br>  Assistant United States Attorney<br>  601 D Street, NW<br>  Washington, DC 20530<br>  (202) 252-2578<br><br>*Attorneys for the United States of America*<br><br>/s/ Kelly B. McClanahan<br>Kelly B. McClanahan, Esq.<br>D.C. Bar #984704<br>National Security Counselors<br>1451 Rockville Pike<br>Suite 250<br>Rockville, MD  20852<br>501-301-4672 |

- 3 -

        240-681-2189 fax
        Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*