# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 13-0571 (TSC) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE

Defendant, the Department of Justice, hereby respectfully requests, through undersigned counsel, a 172-day enlargement of time within which to renew its motion for summary judgment in the above-captioned matter. The current deadline to file is June 30, 2025, and the new deadline would be December 19, 2025. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff counsel consents to this extension.

1.  On January 27, 2020, Defendant moved for summary judgment on the remaining claims in this matter, namely, those connected with the withholdings in records responsive to Plaintiff's Freedom of Information Act ("FOIA") request for records related to Gwyneth Todd (Count VI). See Def. Mot. Summ. J. (ECF No. 109, "Def. MSJ") at 2.

2.  Instead of filing an opposition to Defendant's motion for summary judgment, Plaintiff filed a motion asking the Court to compel a declassification review by the Department Review Committee of the information being withheld pursuant to Exemption 1, which exempts properly classified information from disclosure under FOIA. Pl. Declassification Mot. (ECF No. 119).

3. On April 5, 2023, the court denied without prejudice Defendant's summary judgment motion, because Plaintiff sought to litigate whether the records related to Count VI could be declassified. Apr. 5, 2023 Min. Order.

4. The Court denied Plaintiff's Declassification Motion. Mem. Op. (ECF No. 129).

5. Plaintiff then filed a motion asking the Court to remand the case as to Count VI so that Plaintiff could file an administrative appeal and become eligible for a declassification review. Pl's Mot. (ECF No. 136).

6. On April 16, 2025, the Court denied Plaintiff's motion for partial remand and stated that "Plaintiff is free to dismiss Count VI and refile his FOIA request with Defendant to be eligible for an administrative appeal. Or both parties may fully brief a motion for summary judgment." Op. & Order (ECF No. 143) at 3. The Court further ordered the Parties "provide a Joint Status Report by May 16, 2025, indicating how they wish to proceed to resolve Count VI of Plaintiff's Complaint." *Id*.

7. On May 16, 2025, the Parties filed a joint status report proposing that Defendant renew its motion to dismiss on or before June 30, 2025. ECCF No. 145.

8. By Minute Order on May 16, 2025, the Court ordered the following briefing schedule: Defendant's summary judgment motion is due by June 30, 2025; Plaintiff's response is due by July 14, 2025; Defendant's reply is due by July 21, 2025.

9. Since the filing of the Parties' May 16, 2025 status report, Defendant has come to understand that the FBI will need additional time to prepare the materials to support a renewed motion for summary judgment. Specifically, upon further review, the FBI has determined that it cannot simply refile the materials that were included with Defendant's original motion for summary judgment in 2020. Over the past five years, the FBI has revised certain internal policies

and will need to time to check everything previously attested to in the FBI's declaration and ensure that all statements remain accurate. Additionally, the previous declaration contained six attachments of declarations from other government agencies. Those agencies will need to be provided an opportunity to review and update their declarations as well. Defendant estimates that it will take several months to conduct the aforementioned review and revision.

10. In addition, undersigned counsel has a robust caseload, covered ten cases for a colleague who was on extended leave from early February until June 9, 2025, and is currently taking on transfers from attorneys departing the office. In addition to regularly negotiating joint status reports in other matters, undersigned counsel filed briefs and other large filings on May 23, 2025, May 30, 2025, June 6, 2025, June 11, 2025, and June 16, 2025, and currently has briefs and other substantial filings due on June 23, 2025, July 3, 2025, July 7, 2025, July 10, 2025, July 14, 2025, July 18, 2025, September 12, 2025, October 3, 2025, October 31, 2025, and December 17, 2025, among other deadlines, including ongoing discovery in several employment discrimination matters. Undersigned counsel also expects to be on leave the week of August 3, 2025.

11. In light of the foregoing, Defendant needs additional time to review and update the declarations in support of its motion and undersigned counsel requires additional time to review the agency declarations, confer with agency counsel, revise the previously filed motion, and obtain required supervisory review.

A proposed Order is being filed with this motion.

* * *

Dated: June 23, 2025         Respectfully submitted,
       Washington, D.C.

                             JEANINE FERRIS PIRRO
                             United States Attorney

                             By: /s/     Sian Jones
                             SIAN JONES, D.C. Bar # 1024062
                             Assistant United States Attorney
                             601 D St., N.W.
                             Washington, D.C. 20530
                             Phone: (202) 252-2578

                             *Attorneys for the United States of America*