UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 13-0571 (TSC) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion and the entire record herein, it is hereby

ORDERED that Defendant's Consent Motion is granted; and it is further

ORDERED that Defendant shall renew its motion for summary judgment on or before December 19, 2025.

**SO ORDERED.**


Date: _____

_____
TANYA S. CHUTKAN
United States District Judge