**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

| | |
|---|---|
| JEFFERY STEIN,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 13-0571 (TSC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Motion and the entire record herein, it is hereby

ORDERED that Defendant's Motion is granted; and it is further

ORDERED that Defendant shall renew its motion for summary judgment on or before April 22, 2026.

**SO ORDERED.**

Date: _____

                                                         TANYA S. CHUTKAN
                                                         United States District Judge