**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

|  |  |
|---|---|
| JEFFERY STEIN, | |
| Plaintiff, | |
| v. | Civil Action No. 13-0571 (TSC) |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND TO MODIFY**
**<u>SCHEDULING ORDER</u>**

Defendant, the Department of Justice, hereby respectfully requests, through undersigned counsel, a 14-day enlargement of time within which to renew its motion for summary judgment in the above-captioned matter.  The current deadline to file is April 2, 2026, and the new deadline would be April 16, 2026.   Defendant moves further to extend all other pending deadlines by two weeks.  Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff does not oppose Defendant's request.

1.      On January 27, 2020, Defendant moved for summary judgment on the remaining claims in this matter, namely, those connected with the withholdings in records responsive to Plaintiff's Freedom of Information Act ("FOIA") request for records related to Gwyneth Todd (Count VI). See Def. Mot. Summ. J. (ECF No. 109, "Def. MSJ") at 2.

2.      Instead of filing an opposition to Defendant's motion for summary judgment, Plaintiff filed a motion asking the Court to compel a declassification review by the Department Review Committee of the information being withheld pursuant to Exemption 1, which exempts

properly classified information from disclosure under FOIA.  Pl. Declassification Mot. (ECF No. 119).

3.      On April 5, 2023, the court denied without prejudice Defendant's summary judgment motion, because Plaintiff sought to litigate whether the records related to Count VI could be declassified. Apr. 5, 2023 Min. Order.

4.      The Court denied Plaintiff's Declassification Motion.  Mem. Op. (ECF No. 129).

5.      Plaintiff then filed a motion asking the Court to remand the case as to Count VI so that Plaintiff could file an administrative appeal and become eligible for a declassification review. Pl's Mot. (ECF No. 136).

6.      On April 16, 2025, the Court denied Plaintiff's motion for partial remand and stated that "Plaintiff is free to dismiss Count VI and refile his FOIA request with Defendant to be eligible for an administrative appeal. Or both parties may fully brief a motion for summary judgment." Op. & Order (ECF No. 143) at 3.  The Court further ordered the Parties "provide a Joint Status Report by May 16, 2025, indicating how they wish to proceed to resolve Count VI of Plaintiff's Complaint." *Id*.

7.      On May 16, 2025, the Parties filed a joint status report proposing that Defendant renew its motion to dismiss on or before June 30, 2025.  ECCF No. 145.

8.      By Minute Order on May 16, 2025, the Court ordered the following briefing schedule: Defendant's summary judgment motion is due by June 30, 2025; Plaintiff's response is due by July 14, 2025; Defendant's reply is due by July 21, 2025.

9.      By Minute Order on June 23, 2025, the Court granted Defendant's consent motion for extension of time (ECF No. 146) and ordered the following briefing schedule as to Count IV:

Defendant's summary judgment motion is due by December 23, 2025; Plaintiff's response is due by January 12, 2026; Defendant's reply is due by January 19, 2026.

10.    Federal appropriations funding the Department of Justice lapsed at the end of the day on September 30, 2025, and were not restored until the evening of November 12, 2025.  As a result, undersigned counsel and agency counsel were not permitted to work on this matter during that period.  Following resumption of federal appropriations, Chief Judge Boasberg's Standing Order No. 25-59, *In re: Extension of Deadlines in Civil Matters Involving the United States Following Restoration of Appropriations* (Nov. 13, 2025) extended all non-emergent filing deadlines in civil actions applying to the United States and its agencies that fell from the start of the shutdown through the end of November 2025.

11.    By Minute Order on December 29, 2025, the Court granted in part Defendant's Motion for Extension of Time (ECF No. 147) and ordered the following briefing schedule as to Count IV: Defendant's summary judgment motion is due by April 2, 2026; Plaintiff's response is due by April 22, 2026; Defendant's reply is due by April 29, 2026.

12.    Undersigned counsel has been in communication with agency counsel and understands that the Federal Bureau of Investigation ("FBI") had been working on a declaration in support of its motion for judgment on Count IV and had expected to be able to provide an executed declaration in time for filing on April 2, 2026.  However, as a result of the following development communicated to undersigned counsel by agency counsel, the FBI requires an additional two weeks to finalize and execute its declaration:

a.    The FBI is experiencing a sudden change in leadership, wherein the FBI's previous declarant is assuming a new role effective immediately.  The FBI is appointing a short-term replacement/acting Section Chief until the newly vacant position can be

filled.    However, given the Plaintiff's stated intention to challenge FOIA Exemption 1 withholdings, the acting Section Chief may not sign this declaration as it requires a signature from an Original Classification Authority.  The FBI needs additional time to designate a senior official to review the vast amount of materials in this case and act as declarant in this matter.

13.    In light of the foregoing, Defendant needs additional time to finalize the declarations in support of its motion and undersigned counsel requires additional time to review the agency declarations, confer with agency counsel, revise the previously filed motion, and obtain required supervisory review.

A proposed Order is being filed with this motion.

*    *    *

Dated: March 30, 2026           Respectfully submitted,
        Washington, D.C.

JEANINE FERRIS PIRRO
United States Attorney

By: /s/___*Sian Jones*_____
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578

*Attorneys for the United States of America*