**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

JEFFERY STEIN,

      Plaintiff,

  v.                          Civil Action No. 13-0571 (TSC)

DEPARTMENT OF JUSTICE,

      Defendant.

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendant's Unopposed Motion and the entire record herein, it is hereby

ORDERED that Defendant's Unopposed Motion is granted; and it is further

ORDERED that Defendant shall renew its motion for summary judgment on or before April 16, 2026; and it is further

ORDERED that Plaintiff's response is due by May 6, 2026; and it is further

ORDERED Defendant's reply is due by May 13, 2026.

**SO ORDERED.**

Date: _____

                              _____

                              TANYA S. CHUTKAN
                              United States District Judge