UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>       Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 13-0571 (TSC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's renewed motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendant's renewed motion for summary judgment motion is GRANTED, and it is further

ORDERED that judgment is entered for Defendant.


SO ORDERED:


_____
Date

_____
United States District Judge