**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFREY STEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:13-cv-00571 (TSC) |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

NOW COMES Plaintiff to respectfully request a nine-day enlargement of time, until 15 May 2026, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, within which to file his Opposition to Defendant's Motion for Summary Judgment, Dkt. #149 (filed Apr. 16, 2026), and a subsequent modification of the briefing schedule to accommodate the schedule of Defendant's counsel. This filing is due 6 May 2026.

Plaintiff has good cause to request this modification. The undersigned has been compelled to engage in accelerated discovery involving classified information this week due to the imminent departure of a key witness from government service (which will render her unavailable for deposition according to EEOC rules), and he has accordingly been unable to focus on this case since the end of April (and will continue to be unable to return to work on this case until next week).

This is the first extension requested for this filing. Defendant consents to this Motion. A proposed Order accompanies this Motion.

Date:   May 4, 2026

Respectfully submitted,

  /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

2