**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY STEIN,                *

                           *

    Plaintiff,            *

                           *

    v.                   *

                           *   Civil Action No. 1:13-cv-00571 (TSC)

DEPARTMENT OF JUSTICE,   *

                           *

    Defendant.        *

                           *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion to Modify Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the following schedule shall apply to the briefing in this matter:

- May 15, 2026 – Plaintiff's Opposition

- June 5, 2026 – Defendant's Reply.

_____
Tanya S. Chutkan
United States District Judge