**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFREY STEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:13-cv-00571 (TSC) |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

NOW COMES Plaintiff to respectfully request a 32-day enlargement of time, until 16 June 2026, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, within which to file his Opposition to Defendant's Motion for Summary Judgment, Dkt. #149 (filed Apr. 16, 2026), and a subsequent modification of the briefing schedule to accommodate the schedule of Defendant's counsel. This filing is due 15 May 2026.

Plaintiff has good cause to request this modification. As stated previously, the undersigned has been involved in a time- and resource-intensive discovery process involving classified information, which has continued past its originally anticipated end date. In addition, he and Plaintiff have been discussing ways to meaningfully narrow the scope of issues in controversy, and they reasonably expect that by the time this Opposition is filed, it will target a significantly smaller number of issues. The undersigned would normally seek a shorter extension than a month to complete this work, but today he was ordered by another court to brief a complex matter in the next three weeks, which will severely affect his ability to work on this matter until early June.

This is the second extension requested for this filing. Defendant consents to this Motion.

A proposed Order accompanies this Motion.

Date:   May 15, 2026

<div style="margin-left:50%;">

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

</div>

2