**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY STEIN,

    Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

    Defendant.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

Civil Action No. 1:13-cv-00571 (TSC)

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion to Modify Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the following schedule shall apply to the briefing in this matter:

- June 16, 2026 – Plaintiff's Opposition

- July 16, 2026 – Defendant's Reply.


_____

Tanya S. Chutkan
United States District Judge