**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

|  |  |
|---|---|
| JEFFERY STEIN, | |
| Plaintiff, | |
| v. | Civil Action No. 13-0571 (TSC) |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

## NOTICE OF FILING

Defendant, the Department of Justice, respectfully gives notice of the filing of its statement

of material facts as to which there is no genuine issue in support of Defendant's renewed motion

for summary judgment as to Count VI (ECF No. 149).

Dated: June 1, 2026          Respectfully submitted,
       Washington, D.C.

JEANINE FERRIS PIRRO
United States Attorney

By: /s/    *Sian Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578

*Attorneys for the United States of America*