**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFREY STEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:13-cv-00571 (TSC) |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**PLAINTIFF'S CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

NOW COMES Plaintiff to respectfully request a final 14-day enlargement of time, until 30 June 2026, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, within which to file his Opposition to Defendant's Motion for Summary Judgment, Dkt. #149 (filed Apr. 16, 2026), and a subsequent modification of the briefing schedule to accommodate the schedule of Defendant's counsel. This filing is due today, 16 June 2026.

Plaintiff has good cause to request this modification. In addition to the reasons provided in the previous extension motion, the undersigned has also been required to spend significant amounts of time in the past several weeks in secure facilities, and this week an unexpected family medical situation has additionally required his undivided attention.  Because he is going on prescheduled leave on Friday, he must now request an additional two weeks to complete this brief.

This is the third extension requested for this filing. Defendant consents to this Motion. A proposed Order accompanies this Motion.

Date:   June 16, 2026

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*