**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY STEIN,                          *
                                        *
    Plaintiff,                      *
                                        *
    v.                              *
                                        *          Civil Action No. 1:13-cv-00571 (TSC)
DEPARTMENT OF JUSTICE,                  *
                                        *
    Defendant.                      *
                                        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion to Modify Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the following schedule shall apply to the briefing in this matter:

- June 30, 2026 – Plaintiff's Opposition

- July 30, 2026 – Defendant's Reply.

_____
Tanya S. Chutkan
United States District Judge