**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY STEIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:13-cv-00571 (TSC) |
| DEPARTMENT OF JUSTICE, | * |
| | * |
| Defendant. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENT MOTION TO STAY CASE**

NOW COMES Plaintiff to respectfully ask the Court to stay this case to allow the parties to attempt to reach a negotiated settlement regarding costs and attorneys' fees. Plaintiff has informed Defendant of his intention to voluntarily dismiss the remaining counts in this case, but he does not wish for the Court to grant summary judgment to Defendant, since he will be resubmitting many of the requests to Defendant so that they may be reprocessed, now that the Court declined to remand them to Defendant at his request. Since the parties will be attempting to reach a negotiated settlement regarding costs and attorneys' fees, they maintain that a stay would be appropriate rather than a final order at this time.

Date:   June 30, 2026

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*