**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JEFFREY STEIN,                       \*
                                     \*

     Plaintiff,                   \*
                                     \*

     v.                         \*
                                     \*     Civil Action No. 1:13-cv-00571 (TSC)

DEPARTMENT OF JUSTICE,      \*
                                     \*

     Defendant.                \*
                                     \*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion to Stay Case, and the entire

record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**.


_____
Tanya S. Chutkan
United States District Judge