UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 13-0571 (TSC) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Danielle D. Peraza and remove the appearance of Assistant United States Attorney Sian Jones as counsel for Defendant United States Department of Justice in the above-captioned case.

Dated: September 1, 2026

Respectfully submitted,

By: *\/s/ Danielle D. Peraza*

DANIELLE D. PERAZA D.C. Bar No. 900938597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202 - 252 - 7246

*Attorney for the United States of America*