UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br>Plaintiff,<br>v.<br>DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 13-0571 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 6, 2026, Order, Plaintiff Jeffrey Stein, and Defendant, Department of Justice (collectively, "Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

1. Since May 2025, the parties have been engaged in summary judgment briefing on the remaining FOIA issues. On May 16, 2025, the Court entered the initial briefing schedule, which was subsequently modified several times through consent motions. Between June 2025 and June 2026, the Court granted multiple requests to adjust the deadlines for the parties' summary judgment submissions, and Defendant renewed its motion on April 16, 2026. Plaintiff's response deadlines were similarly extended. On June 30, 2026, Plaintiff filed a Consent Motion to Stay the case to allow the parties to pursue settlement discussions regarding costs and attorneys' fees. The Court granted the motion on July 6, 2026, and directed the parties to file either a Notice of Voluntary Dismissal or a Joint Status Report by September 7, 2026

**CURRENT STATUS**

2. At this time, Defendant has contacted Plaintiff's counsel to request Plaintiff's fee demand so that the parties may begin negotiations. Plaintiff has not yet provided a demand.

Defendant understands that Plaintiff is still preparing the materials necessary to formulate a demand.

3. Thus, the Parties propose filing a joint status report on or before October 16, 2026, to update this Court on the status of settlement negotiations.

Dated: September 4, 2026

Respectfully submitted,

JEFFREY STEIN,

*/S/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar No. 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501 - 301 - 4672

*Counsel For Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Danielle D. Peraza*
DANIELLE D. PERAZA,
D.C. Bar No. 90038597
Assistant United States Attorney
District of Columbia
601 D Street, NW
Washington, DC 20530
Email: danielle.peraza@usdoj.gov
202 - 252 - 7246

*Counsel for Defendant*