UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

Plaintiff,

v.

DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 13-0571 (TSC)

**JOINT TATUS REPORT**

Pursuant to the Court's October 6, 2026, Order, Plaintiff Jeffrey Stein, and Defendant, Department of Justice (collectively, "Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

1. In the last status report, the parties reported that Plaintiff required additional time to provide a fee demand for Defendant's consideration.

2. Since the filing of the last status report, Plaintiff has explained that additional time is needed to locate and access time records from 2013 through 2016, which were stored on an older hard drive, before Plaintiff will be in a position to provide a fee demand.

3. Accordingly the parties respectfully request the Court permit the parties to file another joint status report on or before November 17, 2026, to advise the Court of the status of their settlement discussions to the extent a stipulation of dismissal has not been filed by that date.

Dated: October 16, 2026

Respectfully submitted,

JEFFREY STEIN

*/S/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar No. 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 2085

*Counsel For Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Danielle D. Peraza*
DANIELLE D. PERAZA, D.C. Bar
No. 90038597
Assistant United States Attorney
District of Columbia
601 D Street, NW
Washington, DC 20530
Email: danielle.peraza@usdoj.gov
202 - 252-1727

*Counsel for Defendant*